ERHARD F. SCHUESSLER, Respondent, *v.* METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant, Impleaded with Others.

(Submitted October 22, 1934; decided November 20, 1934.)

*Ralph W. Nolan* for appellant.

*Edwin J. Culligan* and *Francis E. Cornish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.